**Morris Bernard CRANDLE,
Petitioner—Appellant,**

v.

**Ernest SUTTON, Superintendent,
Respondent—Appellee.**

No. 04–7985.

United States Court of Appeals,
Fourth Circuit.

Submitted March 10, 2005.

Decided March 15, 2005.

Morris Bernard Crandle, Appellant pro se.

Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Morris Bernard Crandle seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substan-tial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See *Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude Crandle has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Crandle's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*